

Exhibit "C"

| Lori E. Lightfoot<br>Mayor | **Department of Police · City of Chicago**<br>3510 S. Michigan Avenue · Chicago, Illinois 60653 | David O. Brown<br>Superintendent of Police |
|---|---|---|

August 8, 2022

William Kelly
440 N. McClurg Court
Apt. 816
Chicago, IL 60611

    Re:    Media credentials – Rev Productions

Dear Mr. Kelly,

    Please be advised that the press credentials issued to you as a journalist for Rev Productions and any other press credentials previously issued to you have been revoked as a result of actions which occurred on July 19, 2022. These actions have been documented in Original Case Report JF 323734, a copy of which is enclosed herein. You will note that this copy includes the appropriate FOIA redactions. These credentials have been revoked pursuant to General Order G09-02-01, News Media Credentials.

Sincerely,

David O. Brown
Superintendent of Police
Chicago Police Department

Enc.

CAGO POLICE DEPARTMENT
RIGINAL CASE INCIDENT REPORT
0 S. Michigan Avenue, Chicago, Illinois 60653
se by Chicago Police Department Personnel Only)
11.388(6/03)-C

RD #: JF323734
Case ID: 12766388 casr201
EVENT #: 2220011603

| APPROVAL COMPLETE | | |
|---|---|---|
| IUCR: | 0454 - Battery - Aggravated P.O. - Hands, Fists, Feet, No / Minor Injury | |
| Occurrence Location: | 230 E North Water St  Chicago IL 60611  304 - Street | Beat: 1834 |
| | | Unit Assigned: 1F33 |
| | | RO Arrival Date: 19 July 2022 15:06 |
| Occurrence Date: | 19 July 2022 15:06 | |

### VICTIM - Individual — Police Officer

| Name: | MORRIS, Gerald | | Demographics |
|---|---|---|---|
| | 3510 S Michigan Ave  Chicago, Illinois  312 - 744 - 1666 | Beat: 0213 | Male  Black |
| Sobriety: | Sober | | |
| CPD Officer: | Yes | | |

**Other Communications and Availability**

Phone - Business : 312-744-1666
Available Time   00:01:00 - 23:59:00

### WITNESS — Police Officer

| Name: | REBECCHI, Mark | | Demographics |
|---|---|---|---|
| Empl: | CITY OF CHICAGO | | Male  White |
| | 3510 S Michigan Ave  Chicago, Illinois  312 - 744 - 1666 | Beat: 0213 | |
| | Police Officer | | |
| Sobriety: | Sober | | |
| CPD Officer: | Yes | | |

### WITNESS — Police Officer

| Name: | LEWIS, Harlod | | Demographics |
|---|---|---|---|
| Empl: | CITY OF CHICAGO | | Male  Black |
| | 3510 S Michigan Ave  Chicago, Illinois  312 - 744 - 1666 | Beat: 0213 | |
| | Commander | | |
| Sobriety: | Sober | | |
| CPD Officer: | Yes | | |

### Suspect # 1

| Name: | KELLY, William | Demographics | |
|---|---|---|---|
| | | Male  White  6'00-6'02  200 lbs -220 lbs  Brown Hair | Age: 45 years - 55 years |

RD #: JF323734

Generated By: MARIS, Steve          Page 1 of 2          05-AUG-2022 09:23

## Descriptions

| | |
|---|---|
| Clothing Description: | Top - Blue Blue Suitjacket, Bottom - Blue Blue Suitpants |

| | | | | |
|---|---|---|---|---|
| MORRIS, Gerald | ( Victim ) | is a No Relationship of | KELLY, William | ( Offender ) |
| REBECCHI, Mark | ( Witness ) | is a No Relationship of | KELLY, William | ( Offender ) |
| LEWIS, Harlod | ( Witness ) | is a No Relationship of | KELLY, William | ( Offender ) |

EVENT#11603  IN SUMMARY, R/O WAS INSTRUCTED TO WRITE THIS REPORT REGARDING AN AGGRAVATED BATTERY TO A POLICE OFFICER WORKING UNDER THE CAPACITY OF UNIT 542, SECURITY SPECIALIST, DETACHED SERVICES. (MAYOR DETAIL) IN THAT, ABOVE VICTIM AND WITNESSES RELATED THAT ON TODAY'S DATE AT THE LOCATION OF 230 E. NORTH WATER ST. DURING THE END OF A PRESS CONFERENCE WITH THE MAYOR, THE SUBJECT KNOWN AS [O] KELLY, WILLIAM WHO IS A CREDENTIALED REPORTER THAT FREQUENTLY ATTENDS PRESS CONFERENCES GIVEN BY MAYOR LIGHTFOOT BECAME IRATE AND AGGRESSIVE BECAUSE HIS QUESTION WAS NOT ANSWERED. THE MAYOR CONCLUDED THE PRESS CONFERENCE AND WAS BEING ESCORTED TOWARDS 455 N. CITY FRONT PLAZA (NBC TOWER) WALKING NORTH BOUND TO THE NEXT EVENT. WHILE DOING SO, THE OFFENDER KELLY, CONTINUED TO BE IRATE AND AGGRESIVE BY YELLING AT THE MAYOR DEMANDED HIS QUESTIONS BE ANSWERED. AS SECURITY SPECIALISTS WERE ATTEMPTING TO ESCORT THE MAYOR AWAY FROM THE EVENT, OFFENDER KELLY FOLLOWED THEM AND THE MAYOR WHILE CONTINIUING TO YELL AND AT ONE POINT [O] KELLY, WILLIAM QUICKLY AND AGGRESSIVELY MOVED TOWARDS THE MAYOR. THE SECURITY DETAIL THEN POSITIONED THEMSELVES IN FRONT OF OFFENDER KELLY TO PREVENT CONTACT WITH THE MAYOR. DURING THE WALK THE GROUP OF OFFICER'S, [W] REBECCHI, MARK, [W] LEWIS, HARLOD AND [V] MORRIS, GERALD WHILE ESCORTING THE MAYOR, CONTINUED TO POSITION THEMSELVES TO PROTECT THE MAYOR. AT THIS POINT, [O] KELLY, WILLIAM, CONTINUED TO SCREAM AND YELL AND TRY TO GET AROUND OR INSERT HIMSELF BETWEEN THE OFFICERS IN AN ATTEMPT TO GET CLOSER TO THE MAYOR. [O] KELLY, WILLIAM THEN ON TWO OCCASSIONS DELIBERATELY BUMPED BY PUSHING HIS UPPER BODY INTO THE UPPER LEFT ARM OF [V] MORRIS, GERALD#19072, THUS CAUSING HIM TO RECEIVE A BATTERY, WHILE ATTEMPTING TO PUSH PAST HIM AND BREACH THE SAFE ZONE THEY HAD ESTABLISHED AROUND THE MAYOR. [O] KELLY, WILLIAM CONTINUELLY YELLED STOP TOUCHING ME AT [V] MORRIS, GERALD AS HE BUMPED [V] MORRIS, GERALD. [V] MORRIS, GERALD RESPONDED BY STATING, I'M NOT TOUCHING YOU, YOU ARE TOUCHING ME. [O] KELLY, WILLIAM FOLLOWED THE SECURITY DETAIL AND THE MAYOR INTO NBC TOWER WHILE STILL YELLING AND SCREAMING IN THE MAYOR'S DIRECTION. NBC TOWER SECURITY OBSERVED HIS IRATE BEHAVIOR AND WERE NOTIFIED THAT [O] KELLY, WILLIAM WAS NOT PART OF THE MAYOR'S EVENT AT THAT LOCATION. AS NBC TOWER SECURITY APPROACHED [O] KELLY, WILLIAM, HE LEFT THE BUILDING. [V] MORRIS, GERALD WAS NOT ABLE TO TAKE POLICE ACTION TO ARREST [O] KELLY, WILLIAM DUE TO THE NATURE OF HIS ASSIGNMENT TO PROTECT THE MAYOR. [V] MORRIS, GERALD DECLINED TO SEEK MEDICAL ATTENTION. [V] MORRIS, GERALD COMPLETED TRR 2022-02115

NOTIFICATION: CRIME PREVENTION INFORMATION CENTER (CPIC), BAZ KHOUSHABA, Beat#: , Star#: 1378, Emp#: ▮
Date: 19-JUL-2022, Time: 17:15,

| | | | | | | |
|---|---|---|---|---|---|---|
| Assisting Officer | 6336 |  | LEWIS, Harold, R |  | 19 Jul 2022 17:19 | 542 |
| Assisting Officer | 20789 | | REBECCHI, Mark, E | | 19 Jul 2022 17:19 | 542 |
| Assisting Officer | 19072 | | MORRIS, Gerald, V | | 19 Jul 2022 17:19 | 542 |
| Reporting Officer | 10124 | | GARZA JR, Armando | | 19 Jul 2022 17:19 | 544 | 1F33 |