| | Chicago Police Department | General Order G09-02-01 |
|---|---|---|
| | **NEWS MEDIA CREDENTIALS** | |

| **ISSUE DATE:** | 30 May 2014 | **EFFECTIVE DATE:** | 30 May 2014 |
|---|---|---|---|
| **RESCINDS:** | 3 October 2003 Version | | |
| **INDEX CATEGORY:** | 09 - Information Management | | |
| **CALEA:** | | | |

I. **PURPOSE**

This directive informs Department members of the conditions for the use and revocation of news media credentials issued by the Office of News Affairs. Department members will refer to the Special Order titled "News Media Credentials" for the issuance or denial of news media credentials

II. **GENERAL INFORMATION**

   A. On behalf of the Superintendent of Police, the issuing authority for all Department-issued news media credentials is the Director, News Affairs.

   B. The use of Department-issued news media credentials is restricted to the person to whom they are issued.

   C. The Superintendent of Police can revoke any news media credentials issued by the Department for improper use or abuse.

   D. News media credentials are used as identification for members of the news media who may need consideration when on emergency missions or when their duties require that they cross police lines.

   E. A record of all Department-issued credentials is maintained at the Office of News Affairs.

   F. A person using news media credentials may be questioned and their credentials checked for validity by contacting the Office of News Affairs. The Office of News Affairs is operational 24 hours a day, seven days a week.

   G. Possession of news media credentials **is not** a authorization to:

      1. violate existing laws.

      2. violate parking restrictions.

      3. disobey police orders.

      4. provide access to any police activity before the completion of the investigation.

         a. If the on-scene supervisor determines that the news media personnel will **not** interfere with a police activity the supervisor **may** allow the news media with Chicago Police Department issued news media identification within the yellow (outer perimeter) crime scene taped area before completion of the processing of the crime scene.

         b. **At no time will the news media be allowed within the red (inner perimeter) crime scene taped area before the processing of the crime scene by all appropriate units.**

   H. Questions regarding news media credentials should be referred to the Office of News Affairs.

III. **DEPARTMENT-ISSUED NEWS MEDIA CREDENTIALS**

   Department-issued news media credentials are as follows:

- A. The news media personnel identification card (wallet-size) is issued to staff members of accredited Chicago-area media organizations. The card is issued under the provisions contained in the City of Chicago ordinance [4-328](). The news media personnel identification card is an approximately 2" wide X 3 1/2" long laminated card that contains:

    1. a facial picture of the cardholder,
    2. the cardholders name,
    3. the title or position, i.e. reporter, photographer, etc.,
    4. employer or organization name, and
    5. an expiration date.

- B. The news media vehicle identification card (Windshield card) is issued to members of the Chicago-area media whose full-time duties require the use of their personal or company vehicle to cover spot-news events.

    1. The news media vehicle identification card is a placard:

        a. that lists the current Illinois license plate, and
        b. is restricted to the person to whom it was issued.

        **NOTE:** Cards will not be issued for vehicles with out-of-state license plates.

    2. If the license plate number is changed for the vehicle for which a placard was issued a new application must be submitted when the old placard is returned to the Office of News Affairs.

    3. The placard will be revoked if someone other that the person to whom it was issued is found using that card.

## IV. LOST OR STOLEN NEWS MEDIA CREDENTIALS

- A. Any news media credential as delineated in Item III-A that is lost or stolen will be reported, by the person who was issued the credentials, to the Chicago Police Department and the appropriate case report will be made.

    **NOTE:** In the event that the incident occurred outside the City of Chicago, the person who was issued the credential will make a report with the respective law-enforcement agency.

- B. A letter stating the circumstances of the loss and the respective police agency report number must be sent to the Director, News Affairs, Chicago Police Department. This letter will be signed by the person who was issued the credentials and must be countersigned by the person who is authorized to sign the original application.

- C. An *AMC* message will be sent on all lost or stolen media identification cards. If the lost or stolen credentials occurred:

    1. in Chicago, the reporting unit is responsible for sending the *AMC* message.
    2. outside of the City of Chicago, the Office of News Affairs is responsible for sending the *AMC* message.

## V. IMPROPER USE OF CREDENTIALS AND CONFISCATION PROCEDURES

- A. Any Department-issued news media credential that is being used by an individual other than the person to whom it is issued and all expired news media credentials, unless the expiration date is extended by the Office of News Affairs, that are being used will be confiscated by the discovering Department member

B. The discovering Department member will:

1. notify:

    a. *Crime Prevention and Information Center (CPIC)*, and

    b. The Communication Division.

2. prepare a to-from-subject report stating the circumstances which led to the confiscation.

3. submit the to-from-subject report and the confiscated credentials to the Director, News Affairs.

Authenticated by JKH							Garry F. McCarthy
									Superintendent of Police

14-048 CMW