IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **William J. Kelly** | ) | |
| | ) | |
| Plaintiff | ) | No. |
| | ) | |
| and | ) | |
| | ) | Judge: |
| **Lori Lightfoot as Mayor of the City of Chicago and David Brown as Superintendent of Police of the City of Chicago** | ) ) ) ) | Magistrate: |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## MOTION FOR TEMPORARY RESTRAING ORDER

NOW COMES, Plaintiff William J. Kelly, by and through his attorney Laura Grochocki, and moves this Court to enter a Temporary Restraining Order against Lori Lightfoot, as Mayor of Chicago, and David Brown as Superintendent of Police of the City of Chicago. In support of this motion the Plaintiff states as follows:

1. Plaintiff William J. Kelly ("Plaintiff") is filing a *Memorandum in Support of Temporary Restraining Order* and the *Affidavit of Steve Fanady*, concurrently with this Motion, and incorporates the aforesaid Memorandum and Affidavit herein as if they were fully set forth in this Motion;

2. This Court should Order that the Defendants Lori Lightfoot, as Mayor of Chicago, and David Brown as Superintendent of Police of the City of Chicago:

    a. Enjoin Mayor Lori Lightfoot and Superintendent David Brown from excluding Plaintiff from any of press conference, stopping him from asking questions and from preventing him from receiving all available information;

    b. Requiring Mayor Lori Lightfoot and Superintendent David Brown to

reinstate Plaintiff's City of Chicago press credentials until further order of court;

c. Award any further relief to which Plaintiff may be entitled to vindicate the Plaintiff's rights and stop the violation of his rights under the First 14th Amendment to the Constitution of the United States.

WHEREFORE, the Plaintiff Steve Fanady prays that this Court enter a Temporary Restraining Order compelling Mayor Lori Lightfoot and Superintendent David Brown to take the actions described above, and for such other relief as is required to vindicate the Plaintiff's rights and stop the violation of his rights under the 1st Amendment and the 14th Amendment to the Constitution of the United States.

Respectfully Submitted

/s/ Laura Grochocki
Attorney for William Kelly

Laura Grochocki
Attorney for Steve Fanady
200 East Illinois Street, 3211
Chicago, Illinois 60611
312-620-0671
lauraglaw@aol.com
Attorney No. 6239444

[2]