## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **William J. Kelly** | ) | |
| | ) | |
| **Plaintiff** | ) | **No.** |
| | ) | |
| **and** | ) | |
| | ) | **Judge:** |
| **Lori Lightfoot as Mayor of the City of** | ) | |
| **Chicago and David Brown as** | ) | |
| **Superintendent of Police of the City of** | ) | |
| **Chicago** | ) | **Magistrate:** |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## <u>AFFIDAVIT OF WILLIAM KELLY</u>

NOW COMES, Plaintiff William J. Kelly, being duly sworn on his oath and states as follows:

1.      I am a citizen of the State of Illinois and I reside in the City of Chicago, Cook County, Illinois. I am a nationally known journalist who has been a journalist and reporter for over ten (10) years. I work in Chicago, Cook County and Illinois.

2.      For ten (10) years prior to August 8, 2022 I was a credentialed journalist and reporter by the City of Chicago.

3.       I am currently a paid contributing reporter for Daily Mail.  I have worked as a reporter and journalist for Newsmax, Daily Mail, and I have appeared as a reporter on Tucker Carlson Tonight and FOX News. I have had my news content and/or articles published by the New York Post, Washington Examiner, Daily Mail, FOX News, Forbes, Yahoo, MSN, Daily Caller, Townhall.com, the Independent, and numerous blogs and radio show websites and social media pages.

4.      On April 25, 2022 Tucker Carlson, who has the most watched network news

shows in the United States, stated on the air that I am "one of the very few journalists left in Chicago."

5.      Defendant Lori Lightfoot ("Lightfoot") is the Mayor of the City of Chicago, who is at the end of her first term as mayor and will be standing for re-election in March 2023.

6.      Defendant David O. Brown is the Superintendent of Police of the City of Chicago.  He was hired by Lightfoot and can be fired by her at her sole discretion.

7.      I regularly attend Lightfoot's press conferences and ask her hard questions about the rising violent crime in Chicago, the rising suicide rate among police officers, and her failure to have a plan to solve any of the problems that are confronting Chicago.  I am one of the few reporters in Chicago who regularly attends Lightfoot's press conferences who contradicts her when she invariably makes false and misleading statements about the situation in Chicago.

8.      Lightfoot has a security detail of 70 officers plus 20 private security bodyguards.

9.      For the past twelve (12) months I have attended most of Mayor Lightfoot's press conferences. First, I attended them on behalf of Newsmax, and then I attended the news conferences and produced articles and video content which was contributed to various national outlets such as Daily Caller.

10.      Most of the video content of my questions to Lightfoot, and her responses have gone "viral" with millions of views and thousands of comments. Outlets where my content has appeared include Tucker Carlson Tonight, the Daily Mail, FOX News, Forbes, Yahoo, MSN, New York Post. Washington Examiner, Daily Caller, Townhall.com, the Independent, and

thousands of blogs and radio show websites and social media pages.[1]

11.     I began attending Mayor Lightfoot's press conferences on June 25, 2021. I have

has attended about a dozen of her press conferences in the last 12 months, including: June 25,

2021, July 2, 2021, October 17, 2021, February 23, 2022, March 4, 2022, April 20, 2022, May

25, 2022, June 23, 2022, July 18, 2022, and July 19, 2022.

12.     On June 25, 2021, I asked Lightfoot the following question and got the

following response:

> Question: "My follow up question is simply this many residents in Chicago feel that
> you've lost control of the city. Now it appears as though you've lost control of the
> Chicago City Council. Do you owe an apology to the victims of violent crime, the 1000s
> of unsolved shootings and murders and stabbings and random stabbings in the downtown
> and the South side and the north side and the west side. Do you know do you owe these
> people any apology?"

> Lightfoot answered: "Once again, sir, I asked you to get your facts right. Crime is not
> out of control in our city. In fact, crime is on the decline. All our major indices showed
> a decline in in crime and our homicide sighs and our shootings year over year are down.
> That's a fact, sir. And you, sir, I was polite and allowed you to spew your rhetoric, which
> is offensive to me and others, but I'm trying to be polite and professional and answer
> your question. But if you want to write your own narrative and irrelevant to what I'm
> going to say and what the facts are, then we'll just move on to the next reporter."

This exchange was picked up by local and national media outlets, as well as on social media,

where Lightfoot's contention that crime in Chicago was "on the decline" was quickly shown

to be a blatantly false using the publically available statistics.  This caused Lightfoot great

embarrassment and angered her.

13.     At Lightfoot's July 2, 2021 press conference my question to Lightfoot was:

"Comparing last night's thirty plus shootings to last year when we had an out-of-control race

riot, in which almost every member of the city of Chicago was in fact, a victim seems to be

---

1.  Examples are:  Tucker Carlson: https://www.youtube.com/watch?v=JMM441B1x_s and
Fox News: https://www.foxnews.com/media/reporter-chicagos-lightfoot-re-election-harm-caused

playing with those numbers just a little. Last night. I think you were on Chicago tonight you said that 99.9% of the criticism of you is because you're a black woman. Do you honestly believe that, considering the way the City Council, is made up of many black women who criticize you? Do you really believe that the criticism of you is 99.9% because you're a black woman?" In her response, Lightfoot did not answer my question and instead told me that she had me investigated and highlighted my affiliation with Newsmax.

14.     On March 23, 2022 at Lightfoot's press conference her press secretary wouldn't let me hold the microphone when all the other reporters are allowed to hold the microphone when they were asking questions.   I asked Lightfoot about a press release issued by her office that stated crime in Chicago is down since 2021, (a record year of homicides in Chicago), when in fact, crime is up 36% citywide since last year. I asked Lightfoot if she was being dishonest or just incompetent. I also asked Lightfoot about the record number of carjackings in Chicago, which were up 135% in 2020 and up an additional 43% in 2021.  Rather than answer my question Lightfoot said that I was the "rudest person she's ever met." I replied to that comment by telling Lightfoot that "I think the carjackers are ruder than I am."  At the end of the press conference, two of Lightfoot's staffers tried to intimidate me and one of Lightfoot's bodyguards said that the only people who watch my reporting are "old white people."

15.     At the April 20, 2022 press conference I asked Lightfoot the following: **"**Mayor Lightfoot, every time you have a press conference, you say crime is down. The economy is booming. Well, that's not true." Lightfoot then stated: "But get to your question, sir." I continued: "Across the street, we had a police officer on duty, the victim of a hit and run. We have Michigan Avenue the Magnificent Mile now referred to as the mile of fear. The Water Tower Place has thrown the keys back to the lender, they say they don't want to be in Chicago anymore. Real

Chicagoans are asking me how you could possibly even consider running for re-election as mayor of the city of Chicago after all the harm you've caused?" Lightfoot responded: "I disagree with you fundamentally. And I don't think I need to address any and dignify your comments. One second further. Next question." After giving that response Lightfoot was visibly upset and was shaking with rage.

16. On information and belief when Lightfoot left the April 20, 2022 press conference and got into her car she had a complete melt-down, screaming, yelling and kicking with rage at me.[2] The April 20, 2022 press conference constituted the point after which Lightfoot exhibited an unhinged hatred of me.

17. At her May 25, 2022, press conference Lightfoot had a meltdown in response to my question and threatened to me escorted out by the police when I attempted to ask Lightfoot a question. I asked Lightfoot the following: "Will you recall, resend your violent tweet, to call to arms? Lightfoot answered acting as if she was talking to some third person, "The more stupid he sounds." Kelly then asked again: "Will you rescind your call to arms tweet in the light of the mass shooting in downtown Chicago. So as stupid as you think that may be?" In response Lightfoot stated, sometimes yelling: "So let me just let me just deconstruct the series of lies that you just spewed as you do every time you come to one of my press conferences…. So you, you you, you're gonna let me speak sir. You're not going to talk over me. That's not the rules here in this press conference. And if you don't want to abide by those rules, you can take your nonsense someplace else, because I am about follow up with you. I'm not finished. Let me just finish and the nonsense

---

2. My information and belief is corroborated by Lightfoot's past behavior such as her infamous email to her staff (disclosed on June 14, 2021 by Tribune reporter Greggory Pratt), reported on nationwide as "deranged", where Lightfoot filled a page by repeating the phrase "I need office time every day" over and over, as well as her public chant of "Fu*k Clarence Thomas", and her "Call to Arms" tweet, in response to the US Supreme Court Opinion in Dobbs v. Jackson.

that you're spewing that tourists aren't coming to our city. All you have to do is walk up and down Michigan Avenue. No, sir. **No,** sir. No, sir, you will stop speaking. You will stop speaking. **You're you're, you're full of crap. And that's the nicest thing that I can say. I will not let you spoil this moment. I will not let you if you do not If you do not stop. Harold. Harold, if you do not stop you will be I will ask you to leave and I will make sure that the police take you out of here.** You will not act like this, sir. You can talk and say whatever you want on the street, but in here in my press conference, you will not act like that, sir. And let me be clear with you. I'm not patting myself on the back. I'm not doing a victory lap. What I'm saying is that after 30 years of futility, the men and women of this city will have good paying jobs that they can build a future on. What I'm also saying is that the taxpayers of the city will not have to be called upon again to shore up our police and fire pension. Now you don't want to hear the facts because you can't handle the truth sir, but that is the truth. Next reporter." After the press conference, Lightfoot's press secretary, Cesar, called me a "fucking animal" on video.

18.     My question to Lightfoot at her press conference on April 20, 2022, which I and other news media attending the press conference recorded on video, became a national news story which embarrassed Lightfoot and hurt her chances of being re-elected, which greatly angered her. (See: https://www.foxnews.com/media/reporter-chicagos-lightfoot-re-election-harm-caused)

19.     On June 7, 2022, Lightfoot announced that she would be running for re-election as Mayor of Chicago.

20.     At her June 22, 2022 press conference Lightfoot lashed out at me for appearing on Fox News. In response to Kelly's question about parts of Chicago being a "no go zone". Lightfoot blamed "right wing media" for Chicago's murder and crime rate. Lightfoot went on to say that it was right wing media that has made Chicago a "no-go zone" for the world. She told me that I

can't criticize her as Mayor unless I "walks in her shoes." In response to my second question in which I asked her to again retract her violent "call to arms" tweet in light of the assassination attempt on Supreme Court Justice Brett Kavanaugh, Lightfoot responded that that was" just a conspiracy theory", even though the assassin had been arrested and her tweet was still posted on her Twitter page.

21.     At Lightfoot's July 19, 2022 press conference, when I attempted to ask a question Lightfoot told me to wait my turn to ask a question and she then continued to speak with other reporters. Lightfoot said: "Sir, just a moment. I'm talking and you haven't been called on, you know the rules, you'll get called on when it's your turn. Thank you."   A few moments later Lightfoot abruptly ended the press conference without letting me ask any questions and she walked off.   I attempted to follows her to ask my question reminding Lightfoot that she had promised to call on me for a question and shouting out his question as they went.   When I was about 20 feet away from Lightfoot her security guard repeatedly grabbed me to prevent me from asking his question. At no time did I bump or otherwise come into physical contact with any of Lightfoot's security guards. I videotaped the entire episode. **(Exhibit A)**

22.     On July 20, 2022 at around 3:00 p.m. I went to attend Lightfoot's press conference which was scheduled for that time at City Hall.   When I attempted to gain entry by showing my press credentials I was turned away despite having valid press credentials which were recently renewed by the Chicago Police Departments Office of News Affairs.   I was accused by an officer in Lightfoot's security detail of having expired credentials or doctoring the credentials. My Chicago press credentials had an expiration date of June 2024 which was shown by sticker which was placed there by the Chicago Police Department's Office of News Affairs.   Nobody attempted to check with the Chicago Police Department's Office of News Affairs to see if my credentials

were valid, and they just refused him entry into the press conferences. I videotaped the entire episode. (**Exhibit B**)

23.     On August 3, 2022 an attorney sent a letter to the City of Chicago on my behalf inquiring why I was denied access to Lightfoot's press conference on July 20, 2022, despite the fact that I had valid City of Chicago press credentials.

24.     On August 8, 2022, without any prior notice, I received a letter from Defendant Superintendent of Police David Brown ("Brown") which revoked my media credentials falsely saying that I had committed a battery by bumping a security officer at Lightfoot's July 19, 2022 press conference. I had videotaped this entire episode. (**Exhibit C**)

25.     In order to do this Brown, following Lightfoot's instructions, directed a police officer assigned to Lightfoot's seventy (70) officer strong security force to fabricate a report that Kelly had bumped into him on July 19, 2022. Brown then used this false report as a pretext to revoke my press credentials on August 8, 2022.  In fact, I videotaped the entire episode where this bump was falsely alleged to have taken place and this video shows no such bump took place. (**Exhibit A**)

26.     The claim that I had bumped a security officer at Lightfoot's July 19, 2022 press conference was false and was a pretext for the revocation of my press credentials. In fact, my press credentials were revoked because of Lightfoot's hatred and her desire to keep me from asking her hard questions about her failures as Mayor of Chicago, her failure to have any plan to fight the rising rate of violent crime in Chicago, and other such matters.  Lightfoot knew that if I could continue to ask her those questions it would severely hinder her ability to be re-elected as Mayor.

27.     I am currently a paid contributing reporter for the Daily Mail, and the revocation

of his Chicago press credentials impedes his ability do my job.

Further Affiant Sayeth Not.

I William Kelly hereby state pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct.

August 25, 2022            */s/  William J. Kelly*

_____

William J. Kelly

Laura Grochocki
Attorney for Steve Fanady
200 East Illinois Street, 3211
Chicago, Illinois 60611
312-620-0671
lauraglaw@aol.com
Attorney No. 6239444