IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **William J. Kelly** | ) | |
| | ) | |
| Plaintiff | ) | No. 22 cv 4533 |
| | ) | |
| and | ) | |
| | ) | Judge: Kendall |
| **Lori Lightfoot as Mayor of the City of Chicago and David Brown as Superintendent of Police of the City of Chicago** | ) ) ) ) | Magistrate: Harjani |
| | ) | |
| Defendants | ) | |
| | ) | |

# EXHIBIT A
## TO COMPLAINT AND TO MEMORANDUM OF PLAINTIFF
### IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

**To Watch Exhibit A Click on this Link:** https://youtu.be/O99s-rAD2p4


                                                        Respectfully Submitted

                                                        /s/ Laura Grochocki
                                                       Attorney for Steve Fanady

Laura Grochocki
Attorney for William Kelly
200 East Illinois Street, 3211
Chicago, Illinois 60611
312-620-0671
lauraglaw@aol.com
Attorney No. 6239444