# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **William J. Kelly** ) | |
| ) | |
| **Plaintiff** ) | No.   22 cv 4533 |
| ) | |
| **and** ) | |
| ) | Judge:   Sharon Johnson Coleman |
| **Lori Lightfoot as Mayor of the City of Chicago and David Brown as Superintendent of Police of the City of Chicago** ) ) ) ) | Magistrate: Sunil Harjani |
| ) | |
| **Defendants** ) | |

## NOTICE OF SUBPOENA FOR RECORDS

To:   All Counsel of Record

**NOTICE IS HEREBY GIVEN NOTICE IS HEREBY GIVEN** that the undersigned will take the **DOCUMENTS ONLY** deposition of the within named Deponent pursuant to a **Subpoena to Produce Documents, Information, or Objects in a Civil Action**, copies of which are attached hereto, on or before the date and at the time and place hereinafter specified.  The deposition is being taken for the purpose of discovery or for other purposes permitted for the use of discovery materials produced by a subpoena for records under the Federal Rules of Civil Procedure.

DEPONENT(S): Office of the Mayor of City of Chicago; Mayor Lori Lightfoot; The City of Chicago; David Brown, Superintendent of Police of the City of Chicago

DATE:  On or before **October 7, 2022**      TIME: **Before 5:00 p.m.**

PLACE:   **200 East Illinois Street, 3211, Chicago, Illinois 60611**

PLEASE TAKE FURTHER NOTICE that you will be provided with copies of any documents that are received pursuant to the Federal Rules of Civil Procedure.

Respectfully Submitted

          /s/ Laura Grochocki         
Attorney for William Kelly

[1]

PROOF OF SERVICE

    I, Laura Grochocki attorney for the Plaintiff certifies under penalties as provided by law that I caused to be served the above and foregoing via the EM/ECF electronic filing system to all the attorneys for all parties of record on the 26th day of September 2022 before 5:00 p.m.

                                      /s/ Laura Grochocki

Laura Grochocki
Attorney for William Kelly
200 East Illinois Street, 3211
Chicago, Illinois 60611
312-620-0671
lauraglaw@aol.com
Attorney No. 6239444

[2]