AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Northern District of Illinois

| | |
|---|---|
| William J. Kelly | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  22 cv 4533 |
| Mayor Lori Lightfoot, Mayor of the City of Chicago and David Brown Superintendent of Police | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Office of the Mayor of the City of Chicago, Mayor Lori Lightfoot, 121 N LaSalle Street, Chicago City Hall 4th Floor, Chicago, IL 60602

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHED RIDER TO SUBPOENA TO THE OFFICE OF THE MAYOR OF THE CITY OF CHICAGO

| Place: Office of Laura Grochocki 200 East Illinois Street, 3211, Chicago, Illinois 60611, email: lauraglaw@aol.com | Date and Time: 10/07/2022 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/21/2022

|  *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ William J. Kelly _____ , who issues or requests this subpoena, are:

Laura Grochocki 200 East Illinois Street, 3211, Chicago, Illinois 60611, (312)620-0671, email: lauraglaw@aol.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 22 cv 4533

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Office of the Mayor of the City of Chicago Mayor Lori Lightfoot

on *(date)* 9/22/22 .

☑ I served the subpoena by delivering a copy to the named person as follows: Valerie Scott

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 25.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/22/22

_____
*Server's signature*

Deon Green - Process Server
*Printed name and title*

PO Box 4282 Oak Park IL 60304
*Server's address*

Additional information regarding attempted service, etc.:

**Rider to Subpoena to the Office of the Mayor of the City of Chicago**
121 N LaSalle Street, Chicago City Hall 4th Floor, Chicago, IL 60602

The timeframe for this subpoena is from June 10, 2021 through to the present date.  Pursuant to this subpoena please produce the following which are in the possession or control of the Office of the Mayor of the City of Chicago:

1. Any documents, records, memorandum, correspondence, notes, emails, text messages, SMS messages, or other electronic communications referring to, concerning or containing the words. William Kelly, William J. Kelly, or Bill Kelly;

2.  Any documents, records, memorandum, correspondence, notes, emails, text messages, SMS messages, or other electronic communications referring to, concerning the City of Chicago press credentials of William Kelly, a/k/a William J. Kelly, a/k/a Bill Kelly;

3. Any documents, records, emails, text messages or other electronic communications to or from Mayor Lori Lightfoot, her press staff (including Cesar Rodriguez), any other staff or employees of the City of Chicago referring to, or containing the words, William Kelly, William J. Kelly or Bill Kelly;

4. Any documents, correspondence, records, emails, text messages, SMS messages, or other electronic communications referring to, concerning, or containing the words, Newsmax, Fox News, Fox News Tonight,  Tucker Carlson, or Conservative news media;